UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VILMA VISITACION-FERNANDEZ, | ) | Case No.: C 12-01081 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| FIRST FEDERAL BANK OF CALIFORNIA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

On June 12, 2012, Plaintiff Vilma Visitacion-Fernandez ("Visitacion-Fernandez") appeared for a case management conference. Based on the discussions held at the conference, the case management conference will be continued to July 17, 2012 at 2PM.

IT IS SO ORDERED.

Dated: 6/13/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 12-1081 PSG
ORDER