1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT

10     NORTHERN DISTRICT OF CALIFORNIA

11     SAN JOSE DIVISION

12

13 | VILMA VISITACION-FERNANDEZ,      )        Case No.: C-12-01081 PSG
   |                                  )
14 |                  Plaintiff,      )        **ORDER TO SHOW CAUSE**
   |       v.                         )
15 |                                  )
   | FIRST FEDERAL BANK OF            )
16 | CALIFORNIA, ET AL.,              )
   |                                  )
17 |                  Defendants.     )
   | _____ )

18

19         On August 7, 2012, a case management conference was scheduled to be held. None of the

20 parties appeared for it. Accordingly,

21         IT IS HEREBY ORDERED that no later than September 28, 2012, Plaintiff Vilma

22 Visitacion-Fernandez ("Visitacion-Fernandez") is ordered to show cause in writing why the case

23 should not be dismissed for failure to prosecute. Failure to comply with this order may result in

24 dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

25
26
27
28

Case No.: C 12-1081 PSG
ORDER TO SHOW CAUSE

1   IT IS SO ORDERED.

2

3   Dated: 9/14/2012

4                                                    _____
                                                     PAUL S. GREWAL
5                                                    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: C 12-1081 PSG
ORDER TO SHOW CAUSE