UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VILMA VISITACION-FERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> FIRST FEDERAL BANK OF ) <br> CALIFORNIA, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C-12-01081 PSG <br><br> **ORDER TO SHOW CAUSE** |

On August 7, 2012, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than September 28, 2012, Plaintiff Vilma Visitacion-Fernandez ("Visitacion-Fernandez") is ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Case No.: C 12-1081 PSG
ORDER TO SHOW CAUSE

1  IT IS SO ORDERED.

2

3  Dated: 9/14/2012

                                      PAUL S. GREWAL

4                                       United States Magistrate Judge

Case No.: C 12-1081 PSG
ORDER TO SHOW CAUSE