1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VILMA VISITACION-FERNANDEZ, | ) | Case No.: C 12-01081 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING CASE** |
| v. | ) | |
| | ) | |
| | ) | |
| FIRST FEDERAL BANK OF | ) | |
| CALIFORNIA, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On September 14, 2012, the court ordered Plaintiff Vilma Visitacion-Fernandez

("Visitacion-Fernandez") to show cause no later than September 28, 2012, why the case should not

be dismissed for failure to prosecute.[1]

Visitacion-Fernandez did not respond to the order to show cause. Accordingly, the case is

dismissed.

Dated: November 15, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 10.

Case No. C 12-01081 PSG
ORDER DISMISSING CASE